UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON | CIVIL ACTION NO. 25-cv-203 |
| VERSUS | JUDGE EDWARDS |
| GARY BROOKS ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action is dismissed with prejudice for failure to state a claim on which relief may be granted.

It is further ordered that the Clerk of Court decline to file any civil complaint submitted by Jermaine Anderson a/k/a Jermaine Anderson Joseph unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 17th day of March, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE